UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20326-CIV-O'SULLIVAN
[CONSENT]

HECTOR ARTURO GOMEZ,

    Plaintiff,

v.

JULIO IGLESIAS and MIRANDA RIJNSBURGER,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following notice that the parties have reached a settlement. See Mediator's Report (DE# 38, 6/21/13). Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, July 2, 2013**, at **3:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **26th** day of June, 2013.

                                          _____
                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record